# UNITED STATES BANKRUTPCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| David Alan Cirbo, Jr. ) | Case No. 18-13153-EEB |
| SSN / ITIN: xxx-xx-1460 ) | Chapter 7 |
| Debtor. ) | |

## UNITED STATES TRUSTEE'S
## MOTION TO REOPEN UNDER 11 U.S.C. § 350

The United States Trustee ("UST"), by and through his undersigned counsel, hereby requests that the Court reopen the above-captioned chapter 7 case pursuant to 11 U.S.C. § 350, that the fee be deferred, and that the UST be authorized to appoint a chapter 7 trustee. In support of his Motion to Reopen, the UST states as follows:

1. The above-captioned case was initiated by the filing, of a Voluntary Chapter 7 Petition on April 17, 2018. David V. Wadsworth was appointed chapter 7 trustee (the "Trustee") shortly thereafter.

2. The Trustee conducted the § 341 Meeting of Creditors on May 15, 2018. The Debtor appeared at the § 341 Meeting of Creditors.

3. On January 29, 2019, the Trustee filed his Report of No Distribution.

4. On March 6, 2019, the court entered an Order Accepting the Trustee's Report and Closing Case.

5. Recently, after the closing of the case, the Trustee received a letter from Wells Fargo Auto indicating that the Debtor is owed funds which may be property of the bankruptcy estate.

6. The UST requests that the court enter an order reopening this case so that a chapter 7 trustee may investigate the above-mentioned matter and administer any property that is found to be property of the estate.

WHEREFORE the UST respectfully requests that the Court reopen the above-captioned case, defer the fee, authorize the UST to appoint a Chapter 7 Trustee and grant such other and further relief as the Court deems proper and just under the facts of this case.

Dated: April 24, 2019.                    RESPECTFULLY SUBMITTED,

                                          PATRICK S. LAYNG
                                          UNITED STATES TRUSTEE

                                          /s/ R. Samuel Boughner

        By: R. Samuel Boughner, AR#2010272
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, CO 80294
(303) 312-7252
(303) 312-7259 fax
Samuel.Boughner@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **UNITED STATES TRUSTEE'S MOTION TO REOPEN UNDER 11 U.S.C. § 350** were mailed, postage prepaid, or via the CM/ECF system, at the date set forth below to the following individuals.

Dated: April 24, 2019.

David Alan Cirbo, Jr.
7494 E. Villanova Place
Denver, CO 80231

George Dimitrov, via CM/ECF

David V. Wadsworth, via CM/ECF

        /s/ R. Samuel Boughner
Office of the United States Trustee