**UNITED STATES BANKRUTPCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| David Alan Cirbo, Jr. ) | Case No. 18-13153-EEB |
| SSN / ITIN: xxx-xx-1460 ) | Chapter 7 |
| Debtor. ) | |

**ORDER ON UNITED STATES TRUSTEE'S**
**MOTION TO REOPEN UNDER 11 U.S.C. § 350**

The matter before the Court is the Motion to Reopen Under 11 U.S.C. § 350 filed by the United States Trustee. The Court has reviewed the motion and file and finds that cause exists to reopen the case. It is therefore

ORDERED that this case is reopened, the fee is deferred, and the United States Trustee is authorized to appoint a Chapter 7 Trustee.

Done this 25th day of April, 2019.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Judge
United States Bankruptcy Court